IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL TERRY**  PLAINTIFF
**ADC #149998**

v.    CASE NO. 2:21-CV-00144-BSM

**ASA HUTCHINSON,** *et al.*  DEFENDANTS

## ORDER

This case is closely related to several other cases recently filed in the Eastern District of Arkansas. In the interest of judicial economy and consistent rulings, the Clerk of Court is directed to immediately transfer this case to the Honorable Lee P. Rudofsky. Further, this case should be consolidated with the master docket in *Hayes v. Rutledge, et al.*, 4:21-cv-00347-LPR.

IT IS SO ORDERED this 2nd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE